**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **CAROLYN LEE HARRIS,** | : | |
| **Petitioner** | : | **CIVIL ACTION NO. 3:20-1767** |
| **v.** | : | **(JUDGE MANNION)** |
| **DEPARTMENT OF PENNSYLVANIA UNEMPLOYMENT COMPENSATION,** | : | |
| | : | |
| **Respondent** | : | |

## O R D E R

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** The objections to the report and recommendation of Judge Carlson **(Doc. 5)** are **OVERRULED**.

**(2)** The report and recommendation of Judge Carlson is **ADOPTED IN ITS ENTIRETY AS THE OPINION OF THE COURT**.

**(3)** The petition for writ of mandamus **(Doc. 1)** is **DISMISSED**.

**(4)** The Clerk of Court is directed to **CLOSE THIS CASE**.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATE: April 29, 2021**
20-1767-01-ORDER